IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ROBERT DEVINE                                                                    PLAINTIFF

v.                                        Civil No.: 4:18-CV-04156

WARDEN JEFFIE WALKER,                                                    DEFENDANTS
SERGEANT ALLEN SANDERS,
OFFICER CORNELL,
OFFICER HENNESSEY,
LIEUTENANT BARNES,
JOHN DOE OFFICERS 1-3 MILLER
COUNTY JAIL,
NURSE KING, and
SHERIFF RUNION

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This is a civil rights action provisionally filed pursuant to 42 U.S.C. § 1983. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2011), the Honorable Susan O. Hickey, United States District Judge, referred this case to the undersigned for the purpose of making a Report and Recommendation.

Currently before the Court is the issue of service related to Defendants Cornell, Hennessey, and Barnes. After careful consideration, I make the following Report and Recommendation.

Service for these Defendants was sent to the Miller County Sheriff's Office/Miller County Correctional Facility at 2300 East Street, Texarkana, AR. Service to this address was returned unexecuted on December 10, 2018, indicating these individuals were unknown to the Miller County Sheriff's Office. (ECF No. 9). On January 7, 2019, the Court entered an Order directing Plaintiff to provide service information for these Defendants by January 28, 2019. (ECF No. 15). In the Order, Plaintiff was advised that if he failed to provide the service information by the

deadline, Defendants Cornell, Hennessey, and Barnes would be dismissed as parties from the case. (*Id.*). Plaintiff requested an extension of time to provide the information and was given until February 27, 2019. (ECF Nos. 19, 20).

On February 28, 2019, Plaintiff filed a Response requesting that these Defendants be served at two addresses. (ECF No. 21). The first address was for the Miller County Correctional Center at 2300 East Street, Texarkana, AR. This mailing address was used for the original service, which was returned. The second address is the mailing address for the law firm representing the other Miller County Sheriff's Office Defendants, who have answered, in the case. This law firm has not agreed to accept service for the Defendants at issue in this order. Thus, neither of these addresses are viable options for proper service on Defendants Cornell, Hennessey, and Barnes.

It is Plaintiff's responsibility to provide the Court with an address for proper service on Defendants. *See Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993). Plaintiff was given the opportunity to provide service information for Defendants Cornell, Hennessey, and Barnes and has not been able to do so.

For the foregoing reasons, I recommend Defendants Cornell, Hennessey, and Barnes be **DISMISSED** from this action without prejudice and that Plaintiff be advised that he may file a separate action against these Defendants if he is able to obtain an accurate service address for them in the future.

**The parties have fourteen days from receipt of the Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 11th day of February 2019.

/s/ *Barry A. Bryant*
_____
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE