IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ROBERT DEVINE                                         PLAINTIFF

v.                               Case No. 4:18-cv-4156

WARDEN JEFFIE WALKER;
SERGEANT ALLEN SANDERS;
OFFICER CORNELL;
OFFICER HENNESSEY;
LIEUTENANT BARNES;
JOHN DOE OFFICERS 1-3 MILLER
COUNTY JAIL;
NURSE KING; and
SHERIFF RUNION                                       DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed February 11, 2019, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 22). Judge Bryant recommends that Defendants Cornell, Hennessey, and Barnes be dismissed from this action without prejudice because Plaintiff has failed to provide accurate information for service of these Defendants.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 22) *in toto*. Plaintiff's claims against Defendants Cornell, Hennessey, and Barnes are hereby **DISMISSED WITHOUT PREDJUDICE**.

**IT IS SO ORDERED**, this 4th day of March, 2019.

                                                                       /s/ Susan O. Hickey
                                                                       Susan O. Hickey
                                                                       Chief United States District Judge